IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANDREW P. SHERRERD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-447-SLP |
| | ) | |
| HIGHMARK ENERGY OPERATING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon review of the docket, the Court finds that it needs additional information to show the existence of subject matter jurisdiction based on diversity of citizenship.[1] Plaintiff David House brings this action "individually and as Trustee of the DDH Trust." [Doc. No. 1-2]. Although the Petition [Doc. No. 1-2] and Notice of Removal [Doc. No. 1] state that Plaintiff House is a "citizen of Oklahoma[,]" there are no allegations regarding the DDH Trust or its citizenship.

"[W]hen a trustee files a lawsuit or is sued in [his] own name, [his] citizenship is all that matters for diversity purposes." *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 383 (2016). It appears, however, that Mr. House also brings claims on behalf of the DDH trust, in which case additional information is needed. If DDH Trust is a "traditional trust," its citizenship depends on the citizenship of its trustees. *ADA Carbon*

---

[1] "[F]ederal courts unquestionably 'have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party.'" *Havens v. Colo. Dep't of Corr.*, 897 F.3d 1250, 1260 (10th Cir. 2018) (quoting *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006)).

*Sols. (Red River), LLC v. Atlas Carbon, LLC*, --- F.4th ----, 2025 WL 2178059, at *5 (10th Cir. Aug. 1, 2025).  If it is a "non-traditional" or "business" trust, however, DDH Trust "takes the citizenship of all its members."  *Id.* at *6.

For an action in which subject matter jurisdiction is premised on diversity of citizenship, a party must file a disclosure statement "nam[ing]--and identify[ing] the citizenship of--every individual or entity whose citizenship is attributed to that party. . ." Fed. R. Civ. P. 7.1(a)(2).  Accordingly, within seven (7) days of the date of this Order, Plaintiff David House is directed to file a disclosure statement providing all relevant information regarding the citizenship of the DDH Trust such that the Court is able to ensure that it has subject matter jurisdiction based on diversity of citizenship.

IT IS SO ORDERED this 3rd day of September, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE